CARL M. FALLER  SBN: 70788
FALLER LAW FIRM
Post Office Box 912
Fresno, CA 93714
TEL:   559-226-1534
FAX:   559412-4746
carl.faller@fallerdefense,com

Attorney for Defendant

# IN THE UNITED STATED DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>RAUL MAYA-RAMIREZ,<br><br>  Defendant. | Case No.: 1:12-cr-00104 AWI<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE |

It is hereby stipulated by and between the parties hereto, through their respective attorneys of record, as follows:

A status conference in this matter is currently set for June 11, 2012 at 1:00 pm., before the Honorable Dennis L. Beck, United States Magistrate Judge. It is stipulated that this hearing be continued until June 25, 2012 at 1:00 pm.  The purpose of the continuance is to allow the government to complete evaluation of additional charges that may be brought against the defendant.  This decision will significantly impact a potential plea agreement, which is under consideration by both parties.

It is further stipulated that time is to be excluded under the Speedy Trial Act in that the interest in the parties and the public in a speedy trial is outweighed by providing the government and the defendant time to review this additional information, and evaluate a potential plea offer

///

from the government, pursuant to Title 18, United States Code, Section 3161(h)(8)(A).

Dated: June 7, 2012

      /s/ Carl M. Faller\_\_\_\_\_
      CARL M. FALLER
      Attorney for Defendant


      BENJAMINB. WAGNER
      United States Attorney


By  /s/ Mark McKeon\_\_\_\_\_
    MARK Mckeon
    Assistant U.S. Attorney
    Attorney for the United States


ORDER:

Based upon the stipulation of the parties and good cause appearing, it is hereby ORDERED that the status conference currently set for June 11, 2012 at 1:00 pm., be continued to June 25, 2012 at 1:00 pm. Further, time excluded under the Speedy Trial Act in that the interest in the parties and the public in a speedy trial is outweighed by providing the defendant and the government the opportunity to review additional material in the case and to evaluate a potential plea offer from the government, pursuant to Title 18, United States Code, Section 3161(h)(8)(A).

IT IS SO ORDERED.

Dated: **June 8, 2012**      /s/ *Dennis L. Beck*
                                         UNITED STATES MAGISTRATE JUDGE