1  CARL M. FALLER  SBN: 70788
   FALLER LAW FIRM
2  Post Office Box 912
   Fresno, CA 93714
3  TEL:   559-226-1534
   FAX:  559412-4746
4  carl.faller@fallerdefense,com

5
   Attorney for Defendant
6

7

8

9              IN THE UNITED STATED DISTRICT COURT

10            FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12 | UNITED STATES OF AMERICA,        ) Case No.: 1:12-cr-00104 AWI DLB
                                      )
13 |         Plaintiff,                ) STIPULATION TO CONTINUE
                                      ) STATUS CONFERENCE
14 |    vs.                            )
                                      )
15 | RAUL MAYA-RAMIREZ,                )
                                      )
16 |         Defendant.                )

17      It is hereby stipulated by and between the parties hereto, through their respective

18 attorneys of record, as follows:

19      A status conference in this matter is currently set for July 23, 2012 at 1:00 pm., before the

20 Honorable Dennis L. Beck, United States Magistrate Judge. It is stipulated that this hearing be

21 continued until August 13, 2012 at 10:00 am before Chief United States District Judge Anthony

22 W. Ishii.  The purpose of the continuance is to allow defense counsel to evaluate a plea offer that

23 was communicated by the government this week.  It is anticipated that the plea offer will be

24 accepted and that the hearing on August 13, 2012 will be a change of plea.

25      It is further stipulated that time is to be excluded under the Speedy Trial Act in that the

26 interest in the parties and the public in a speedy trial is outweighed by providing the government

27 and the defendant time to review the plea offer.

28

pursuant to Title 18, United States Code, Section 3161(h)(8)(A).

Dated:  July 19, 2012

/s/  Carl M. Faller_____
CARL M. FALLER
Attorney for Defendant


BENJAMINB. WAGNER
United States Attorney


By   /s/ Mark McKeon_____
MARK Mckeon
Assistant U.S. Attorney
Attorney for the United States


ORDER:

Based upon the stipulation of the parties and good cause appearing, it is hereby ORDERED that the status conference currently set for July 23, 2012 at 1:00 pm., be vacated and that the matter be set on August 20, 2012, at 10:00 am before the Honorable Anthony W. Ishii for purposes of change of plea.  (Judge Ishii is unavailable on August 13, 2012.)

Further, time excluded under the Speedy Trial Act in that the interest in the parties and the public in a speedy trial is outweighed by providing the defendant the opportunity to review the proposed plea offer pursuant to Title 18, United States Code, Section 3161(h)(8)(A).

IT IS SO ORDERED.

Dated:   **July 19, 2012**            /s/ Dennis L. Beck
UNITED STATES MAGISTRATE JUDGE